## McGILL v. FRENCH

No. 108PA92

Case below: 105 N.C.App. 246

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 21 April 1992.

## MEYERS v. DEPT. OF HUMAN RESOURCES

No. 119A92

Case below: 105 N.C.App. 665

Petition by defendant (DHR) for temporary stay allowed 1 April 1992.

## NESBIT v. HOWARD

No. 79PA92

Case below: 105 N.C.App. 105

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 21 April 1992.

## OCEAN HILL JOINT VENTURE v. N.C. DEPT. OF E.H.N.R.

No. 77P92

Case below: 105 N.C.App. 277

Petition by defendant for temporary stay allowed 18 March 1992. Petition by defendant for writ of supersedeas allowed 21 April 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 21 April 1992.

## PITTMAN v. UNION CORRUGATING CO.

No. 80P92

Case below: 105 N.C.App. 105

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.